Benita Owitz, by Philip Owitz, her father and next friend, defendant in error, v. E. Chindbloom and Fred C. Sullivan, plaintiffs in error. Gen. No. 30,009.

Action for personal injuries in collision of automobiles. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Harry M. Fisher, Judge, presiding. Heard in the third division of this

court for the first district at the March term, 1925. Affirmed. Opinion filed December 23, 1925. Rehearing denied January 7, 1926.

Ernest Saunders, for plaintiffs in error. Frank L. Childs, for defendant in error.

Mr. Presiding Justice Thomson delivered the opinion of the court.